# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA H. DEBAUN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BIOMET, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 1:18-cv-01708-LJO-SAB<br><br>ORDER GRANTING IN PART AND DENYING IN PART STIPULATED REQUEST TO AMEND SCHEDULING ORDER<br><br>(ECF No. 143) |

On March 6, 2019, the Court issued a scheduling order setting the trial date and associated pretrial deadlines in this matter. (ECF No. 142.) On September 10, 2019, the parties filed a stipulation requesting the discovery deadlines and dispositive motion deadline be amended in this matter. (ECF No. 143.) The Court finds good cause for and shall grant the requested extensions of the discovery deadlines, except for the expert discovery deadline which the Court shall only extend for seven days rather than the requested thirty days. The Court shall also deny the request to extend the dispositive motion deadline as requested due to the proximity of the requested date to the current pretrial conference date. As the Court advised the parties in the previously issued scheduling order, "[s]tipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested. The parties are advised that due to the impacted nature of civil cases on the district judges in the Eastern District of California, Fresno Division, that stipulations to continue set dates are

1

disfavored and will not be granted absent good cause." (ECF No. 142 at 7.) The change of the dispositive deadline will affect the trial date due to the work load on the district judges. As noted, the parties have been provided with this notice in the past and because this is a non-consent, the trial date in this case will not be disturbed, even though due to the impact on the cthe district judge the court may continue the trial or trail the trial from day to day based upon other trials. See Scheduling Order.

Pursuant to the stipulation of the parties filed May 3, 2019, IT IS HEREBY ORDERED that the March 6, 2019 scheduling order (ECF No. 142) is amended as follows:

1. Non-Expert Discovery Cutoff: October 22, 2019;
2. Expert Disclosure Deadline: November 20, 2019;
3. Supplemental Expert Disclosure Deadline: December 17, 2019;
4. Expert Discovery Deadline: January 24, 2019;
5. All other dates and aspects of the March 6, 2019 scheduling order, including the dispositive motion deadline of February 14, 2020, shall remain in effect; and
6. The parties are advised that no further modifications to the scheduling order will be granted absent a showing of good cause. However, the parties are free to contact Courtroom Clerk Mamie Hernandez for an informal discussion with the Court should additional amendments to the scheduling order need to be made.

IT IS SO ORDERED.

Dated: **September 10, 2019**

UNITED STATES MAGISTRATE JUDGE

2