# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA H. DEBAUN,<br><br>    Plaintiff,<br><br>v.<br><br>BIOMET, INC., et al.,<br><br>    Defendants. | Case No. 1:18-cv-01708-LJO-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO AMEND SCHEDULING ORDER<br><br>(ECF No. 145) |

On March 6, 2019, the Court issued a scheduling order setting the trial date and associated pretrial deadlines in this matter. (ECF No. 142.) On September 10, 2019, the parties filed a stipulation requesting the discovery deadlines and dispositive motion deadline be amended in this matter, and on September 11, 2019, the Court granted the request in part but declined to extend the dispositive motion deadline. (ECF Nos. 143, 144.) On November 18, 2019, the parties filed a stipulated request to extend only the expert disclosure deadline, and the supplemental expert disclosure deadline. (ECF No. 145.)

Pursuant to the stipulation of the parties filed November 18, 2019, IT IS HEREBY ORDERED that the March 6, 2019 scheduling order (ECF No. 142), as amended on September 11, 2019 (ECF No. 144), is further amended as follows:

1. Expert Disclosure Deadline: December 13, 2019;

2. Supplemental Expert Disclosure Deadline: January 10, 2020;

///

1

3. All other dates and aspects of the March 6, 2019 scheduling order, as amended September 11, 2019, shall remain in effect; and

4. The parties are advised that no further modifications to the scheduling order will be granted absent a showing of good cause. However, the parties are free to contact Courtroom Clerk Mamie Hernandez for an informal discussion with the Court should additional amendments to the scheduling order need to be made.

IT IS SO ORDERED.

Dated: **November 18, 2019**

UNITED STATES MAGISTRATE JUDGE