# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA H. DEBAUN,<br><br>    Plaintiff,<br><br>v.<br><br>BIOMET INC.,<br><br>    Defendant. | Case No. 1:18-cv-01708-NONE-SAB<br><br>ORDER RE JOINT STIPULATION TO CONTINUE PRE-TRIAL AND TRIAL DATES DUE TO COVID-19 STATE OF EMERGENCY IN CALIFORNIA<br><br>(ECF No. 156) |

On March 19, 2020, the parties filed a joint stipulation to continue the pretrial conference and trial of this action due to the COVID-19 State of Emergency in California. The Court finds good cause to approve the stipulation of the parties. Accordingly, IT IS HEREBY ORDERED that the following pretrial and trial dates are amended as follows:

1. The April 8, 2020 Pre-Trial Conference is continued to **August 12, 2020, at 8:30 a.m.** in Courtroom 4 (NONE); and

2. The June 2, 2020 jury trial is continued to **October 6, 2020 at 8:30 a.m.** in Courtroom 4 (NONE).

3. All related pre-trial conference and trial submission deadlines are correspondingly amended pursuant to local and chambers rules.

IT IS SO ORDERED.

Dated:   **March 23, 2020**

UNITED STATES MAGISTRATE JUDGE

1