# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA H. DEBAUN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BIOMET INC., et al.,<br><br>　　　　Defendants. | Case No.  1:18-cv-01708-NONE-SAB<br><br>ORDER VACATING TRIAL DATE AND SETTING SETTLEMENT CONFERENCE<br><br>(ECF Nos. 160, 162) |

On August 4, 2020, due to the COVID-19 public health emergency, District Judge Dale A. Drozd vacated the pre-trial conference in this matter and ordered the parties to engage in a mandatory settlement conference.  (ECF No. 160.)  On August 7, 2020, the undersigned held a status conference to discuss the scheduling of a settlement conference, and the parties agreed to participate in a settlement conference before Magistrate Judge Barbara A. McAuliffe, pending confirmation of available dates.  (ECF No. 162.)  A further status conference was set for December 8, 2020, at 10:30 a.m., in Courtroom 9 before the undersigned.  (Id.)

Accordingly, IT IS HEREBY ORDERED that:

1. The trial set for October 6, 2020, in Courtroom 4 before District Judge Dale A. Drozd is VACATED;
2. A settlement conference is hereby scheduled for November 17, 2020, at 1:30 p.m. in Courtroom 8 before United States Magistrate Judge Barbara A. McAuliffe,

1

who will issue a subsequent order setting forth her requirements prior to the scheduled settlement conference, including any information pertaining to appearing via videoconference due to the COVID-19 public health emergency; and

3. The parties shall file a joint status report on the status of settlement negotiations and the need for further scheduling in this matter seven (7) days prior to the December 8, 2020 status conference before the undersigned.

IT IS SO ORDERED.

Dated:   **August 11, 2020**

UNITED STATES MAGISTRATE JUDGE