# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA H. DEBAUN,<br><br>         Plaintiff,<br><br>     v.<br><br>BIOMET, INC., et al.,<br><br>         Defendants. | Case No.  1:18-cv-01708-NONE-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 164)<br><br>THIRTY DAY DEADLINE |

On September 3, 2020, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action. (ECF No. 164.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:  **September 4, 2020**

UNITED STATES MAGISTRATE JUDGE

1